IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 09 80 088 MISC

IN THE MATTER OF

Case No: C

**ORDER TO SHOW CAUSE**

Maximilian J B Hopkins - #133944

_____/

It appearing that Maximilian J B Hopkins has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective February 9, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before May 26, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Maximilian J B Hopkins
Attorney At Law
P O Box 577
Novato, CA 94948