FILED

JUL 29 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV-09-80090 MISC VRW

Robert John Corry,
                                        ORDER
    State Bar No 171979

_____/

        On May 1, 2009, the court issued an order to show cause (OSC) why Robert John Corry should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California effective February 25, 2009.

        The OSC was mailed to Mr Corry's address of record with the State Bar on May 6, 2009. A written response was due on or before May 26, 2009. No response to the OSC has been filed as of this date.

        The State Bar web site now shows Mr Corry as active and eligible to practice law in California. The OSC is therefore discharged. The clerk is directed to close the file.

        IT IS SO ORDERED.

                              VAUGHN R WALKER
                              United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Robert John Corry ,
_____/

Case Number: CV09-80090 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert John Corry
South Tower
600 17th Street, Ste 2800
Denver, CO 80202

Dated: July 29, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*